IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANCIS HARRY DISHMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 02-B-2410-S |
| | ) | |
| WALKER COUNTY SHERIFF JOHN MARK TIREY, CHIEF DEPUTY CAREY SCRUGGS, JAIL ADMINISTRATOR TRENT McCLUSKY, and LIEUTENANT RICHARD DEJESUS, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 21, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 19th day of August, 2003.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

